DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CURTIS B. SIMPSON, MARY H. PARKEY, ALBERT DORSI, ALBERTA M. HAMMERSHOY, RUSSELL HUNTER, JAMES M. GARRITY, PHILLIP E. GOODRICH, DIANE POTOLICCHIO, JAMES MATTINGLY, ANNE-MARIE POMINVILLE SABOURIN, ADELE MANCINI, RUSSELL K. FRAZIER, CHARLIE TARPEY,** and **JUDITH TARPEY,** as Beneficiaries of **THE LEISURE GARDENS TRUST,**
Appellants,

v.

**FORREST NIEMI** and **MARGARET YORK**,
Appellees.

No. 4D21-2122

[March 17, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. CACE-19-008689 (03).

Peter J. Snyder of Peter J. Snyder, P.A., Boca Raton, for appellants.

Joseph M. Cobo and Avery A. Dial of Kaufman Dolowich & Voluck, LLP, Fort Lauderdale, for appellee Forrest Niemi.

Leonard Wilder of Bakalar & Associates, P.A., Coral Springs, for appellee Margaret York.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***